IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JUAN OTERO, AND MARITZA SANTILLANA, INDIV. AND A/N/F OF G.O., A MINOR, | § § § § | |
| *Plaintiffs,* | § § | CIVIL ACTION NO.3:23-cv-00293 |
| v. | § § | JURY REQUESTED |
| COURTNEY ROUSSEL | § § § | |
| *Defendant.* | § | |

## DEFENDANT COURTNEY ROUSSEL'S NOTICE OF REMOVAL

Defendant Courtney Roussel, under 28 U.S.C. §§ 1441 and 1446, makes and files this Notice of Removal of an action pending in the 56th District Court of Galveston County, Texas, Cause No. 23-CV-1012, and states as follows:

### PRELIMINARY STATEMENT

1. This action belongs in the United States District Court for the Southern District of Texas, Galveston Division, because all proper parties are of diverse citizenship and the amount in controversy exceeds $75,000.00.

### PROCEDURAL HISTORY

2. On August 17, 2023, Plaintiffs, Juan Otero, Maritza Santillana, individually and a/n/f of G.O., a minor (hereon collectively as "Plaintiffs"), filed Plaintiffs' Original Petition against Courtney Roussel. This case is Cause No. 23-CV-1012; *Juan Otero, and Maritza Santillana, Indiv. And a/n/f of G.O., a Minor v. Courtney Roussel*; in the 56th Judicial District Court of Galveston County, Texas.

1

3. In their Original Petition, Plaintiffs assert allegations against Courtney Roussel for negligence. Plaintiffs served Courtney Roussel with citation on August 10, 2023.[1]

4. Courtney Roussel filed her Original Answer on August 17, 2023.[2] Courtney Roussel requested a jury.

5. Pursuant to 28 U.S.C. § 1446 and Local Rule CV-81, Courtney Roussel attaches to this notice of removal the following: (1) All executed process in the case [3]; (2) a civil cover sheet; (3) the state court docket sheet[4]; (4) a true and correct copy of all pleadings that assert causes of action[5]; (5) all answers to such pleadings[6]; (6) a complete list of attorneys involved in the action being removed[7]; and (7) an index of the matters being filed.[8]

6. Written notice of the filing of this notice of removal is being filed with the 56ʰ District Court of Galveston County, Texas, and provided to Plaintiffs as required by the federal rules.

**GROUNDS FOR REMOVAL**

**A. Diversity Jurisdiction Exists.**

7. Removal to this Court is proper pursuant to 28 U.S.C. §§ 1441(a) and 1446 because this is a civil action over which the Southern District of Texas Federal District Courts have original jurisdiction. 28 U.S.C. § 1441(a) states that a civil case filed in state court may be removed to federal court if the case could have been originally brought in federal court.

---

[1] See Exhibit A
[2] See Exhibit C
[3] See Exhibit A
[4] See Exhibit B
[5] See Exhibit C
[6] Id.
[7] See Exhibit D
[8] See Exhibit E

8. Removal is proper to the Southern District of Texas, Houston Division, because it is the district and division embracing Galveston County, Texas, where the state action is pending.[9]

9. This Court has original jurisdiction under 28 U.S.C. § 1332 due to diversity of citizenship. Federal district courts have original jurisdiction of all civil actions between (i) citizens of different states, as well as (ii) citizens of a state and citizens of a foreign state not lawfully admitted for permanent residence in the United States and domiciled in the same state, where the matter in controversy exceeds $75,000.00, exclusive of interest and costs.[10]

10. From the time of filing to present, Plaintiffs Juan Otero, Maritza Santillana, and minor child G.O. are each domiciled in Texas and citizens of Texas.

11. Courtney Roussel is domiciled in Louisiana. Courtney Roussel is a citizen of Louisiana.

12. Under 28 U.S.C. § 1332(a), the removing party must show that the amount in controversy exceeds $75,000, exclusive of interest and costs.[11] Plaintiffs' Original Petition states, "Plaintiff seeks monetary relief over $250,000.00."[12] Therefore, the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

    **B. Removal is Timely.**

13. A notice of removal must be filed within thirty days after receipt by or service on the defendant of the initial pleading or summons.[13] Courtney Roussel files her Notice of Removal within thirty days of service of Plaintiffs' Original Petition. There is complete diversity entitling removal of this case to federal court.

---

[9] 28 U.S.C. § 1441(a)
[10] 28 U.S.C. § 1332(a)
[11] *See White v. FCI USA, Inc.* 319 F.3d 672, 675 (5th Cir. 2003) ("Normally, this burden is satisfied if the plaintiff claims a sum greater than the jurisdictional requirement")
[12] Exhibit C at ¶2
[13] 28 U.S.C. §1446(b)(2)(B).

## CONCLUSION

Courtney Roussel hereby removes this action to the United States District Court for the Southern District of Texas. The parties are completely diverse and the amount in controversy exceeds $75,000.

Defendant Courtney Roussel, hereby notices the removal of the above action now pending in the 56th District Court of Galveston County, Texas.

                                                Respectfully submitted,

                                                **LANZA LAW FIRM, P.C.**

                                                */s/ Stew Schmella*
                                                **NICK LANZA**
                                                *Attorney in Charge*
                                                TBA No. 11941225
                                                **STEW SCHMELLA**
                                                TBA No. 24033041
                                                Federal Bar No. 29997
                                                **CHRIS PAPADOPOULOS**
                                                TBA No. 24124574
                                                Federal Bar No. 3747290
                                                2502 Algerian Way
                                                Houston, TX 77098
                                                <u>eservice@lanzalawfirm.com</u>
                                                (713) 432-9090 Telephone
                                                (713) 668-6417 Facsimile

                                                **ATTORNEYS FOR DEFENDANT,**
                                                **COURTNEY ROUSSEL**

**CERTIFICATE OF SERVICE**

    I certify that a true and correct copy of this document was sent to all known counsel of record pursuant to the Federal Rules of Civil Procedure on the 9th day of September 2023, via CMRRR.

Sofia M. Straus
LAW OFFICES OF DOMINGO GARCIA, L.L.P.
12929 Gulf Fwy.
Houston, Texas 77034
(713) 349-1500
sstraus@millerweisbrod.com

                                        */s/ Stew Schmella*
                                        **STEW SCHMELLA**